UNPUBLISHED

COURT OF APPEALS OF VIRGINIA

Present: Judges Russell, AtLee and Senior Judge Frank

GOVSTRIVE, LLC, AND
  OHIO SECURITY INSURANCE COMPANY

MEMORANDUM OPINION[*]
PER CURIAM
AUGUST 6, 2019

v.       Record No. 0699-19-4

MELVIN BETHEA

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Andrew Suddarth; Law Offices of Christopher R. Costabile, on
brief), for appellants.

(Michael R. Strong; The Strong Law Firm, P.C., on brief), for
appellee.

Govstrive, LLC, and Ohio Security Insurance Company (hereinafter "employer") appeal

a decision of the Workers' Compensation Commission finding that Melvin Bethea sustained

compensable injuries in a workplace accident on December 12, 2017, and awarding indemnity

benefits. Employer asserts that that Commission erred by "finding that [c]laimant's alleged

cervical and lumbar injuries were causally related to the work accident" and by "refusing to

accept [the] [i]ndependent [m]edical [e]xamination into the record in order to prevent manifest

injustice." We have reviewed the record and the Commission's opinion and find that this appeal

is without merit. Accordingly, we affirm for the reasons stated by the Commission in its final

opinion. See Bethea v. Govstrive, LLC, et al., JCN VA02000029508 (Mar. 29, 2019). We

dispense with oral argument and summarily affirm because the facts and legal contentions are

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>